UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JANE DOE,

Plaintiff, Pro Se,

v. Case No.:

UNIVERSITY OF THE POTOMAC, et al.,

Defendants.

Case: 1:26–cv–03695 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 10/20/2026
Description: TRO/Prelim. Inj. (D–DECK)

PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, Jane Doe, appearing pro se, respectfully moves this Court pursuant to Rule 65(b) of the Federal Rules of Civil Procedure for an emergency Temporary Restraining Order and a Preliminary Injunction against Defendants.

Plaintiff requests that this Court issue an immediate order enjoining and restraining Defendants, their agents, and employees from taking any action to alter, terminate, suspend, or otherwise negatively impact Plaintiff's active student SEVIS (Student and Exchange Visitor Information System) immigration status during the pendency of this litigation.

Plaintiff further requests that this Court order Defendants to immediately accept and process Plaintiff's primary care provider's medical recommendation for a Reduced Course Load (RCL)

RECEIVED
OCT 20 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

as a necessary accommodation under Section 504 of the Rehabilitation Act and Title III of the Americans with Disabilities Act.

As set forth in the accompanying Complaint and Plaintiff's Sworn Declaration, an immediate emergency order is necessary to prevent severe, irreversible, and irreparable harm to Plaintiff's federal legal protections, academic future, financial stability, and mental health. Absent an immediate order from this Court, Plaintiff faces the imminent, irreparable termination of her active F-1 international student status, exacerbated by Defendants' recent bad-faith attempts to condition her immigration processing upon an unlawful waiver of federal medical privacy.

Plaintiff respectfully requests that this Court waive the security bond requirement under Rule 65(c) given Plaintiff's status as a student and the zero economic risk posed to Defendants by maintaining the status quo.

Dated: October 20, 2026

Respectfully submitted,

Jane Doe

Jane Doe, Plaintiff Pro Se

Address Redacted Under Seal

Phone Number Redacted Under Seal

c/o Clerk of the Court

United States District Court for the D.C.

333 Constitution Ave NW, Washington, DC 20001

llfj777@gmail.com